THE STATE, EX REL. MARY TREADWELL, v. PETER J. POW-
LESS, OVERSEER OF THE POOR OF HOBOKEN.

An overseer of the poor has a discretion in refusing to make complaint
under the supplement to the vagrant act (*Nix. Dig.* 1008,) to compel
a husband to provide for his family, where there is no reasonable
ground to believe, on fair inquiry by the overseer, that the application
is a proper one.

On application for *mandamus.*

Argued before Justices BEDLE, DALRIMPLE and DEPUE.

For the relator, *J. W. Vroom.*

For the overseer, *J. C. Besson.*

The opinion of the court was delivered by

BEDLE, J.    The overseer has a discretion in refusing to
make complaint, under the supplement to the vagrant act,
(*Nix. Dig.* 1008,) to compel a husband to provide for his
family, where there is no reasonable ground to believe, on
fair inquiry by the overseer, that the application is a proper
one.   In this case the facts show that his discretion was fairly
exercised, and the motion for a *mandamus* is denied.